# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**HARRY MICHAEL SCHMITT,**

       **Plaintiff,**

**-vs-**                                            **Case No. 6:07-cv-1650-Orl-31GJK**

**DEPARTMENT OF NAVY,**

       **Defendant.**

_____

## ORDER

This cause comes before the Court on the Plaintiff's Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis* (Doc. No. 20) filed November 12, 2008.

On November 17, 2008, the United States Magistrate Judge issued a report (Doc. No. 21) recommending that the motion be denied. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Affidavit Accompanying Motion for Permission to Appeal *In Forma Pauperis* is **DENIED** for lack of subject matter jurisdiction and because the allegations of poverty are untrue and the appeal is not taken in good faith.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on 8th day of December, 2008.

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party

                                                          GREGORY A. PRESNELL
                                          UNITED STATES DISTRICT JUDGE